IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: | 22-cv-01333-CNS-KAS | Date: December 1, 2023 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| BRIAN BRADLEY<br>**Plaintiff**<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY<br>**Defendant** | *Cameron Tyler*<br><br><br><br><br>*Christine Kroupa*<br>*Rachel Ollis* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 8:32 a.m.

Appearance of counsel.

Argument as to [58] Plaintiff's Opposed Motion for Partial Summary Judgment and [63] Motion for Summary Judgment given by Ms. Kroupa and Mr. Tyler with questions from the Court.

As outlined on the record, it is

**ORDERED:   [63] Motion for Summary Judgment is DENIED.**

**[58] Plaintiff's Opposed Motion for Partial Summary Judgment is GRANTED. Defendant is not entitled to utilize a failure to cooperate defense.**

Argument as to [55] Plaintiff's Opposed Motion to Strike Testimony by Defendant's Expert Richard Burmood and [60] Defendant's Motion to Preclude Expert Opinions of Greg Giometti, Esq. given by Mr. Tyler and Ms. Kroupa.

As outlined on the record, it is

**ORDERED:** **[55] Plaintiff's Opposed Motion to Strike Testimony by Defendant's Expert Richard Burmood is DENIED.**

**[60] Defendant's Motion to Preclude Expert Opinions of Greg Giometti, Esq. is GRANTED in part and DENIED in part.**

**[61] Defendant's Motion to Exclude Testimony of Non-Retained Experts Mark Michels and Nicholas Angelo is DENIED.**

Discussion held on remaining pending motion and settlement conference.

**ORDERED:** **Settlement conference with the Magistrate Judge is authorized.**

Court in Recess: 9:27 a.m.          Hearing concluded.          Total time in Court: 00:55